UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: JOHNSON, ANDREW & MARCEL

Case No.: 17-24144
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

____Barry R. Sharer____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ____Kathryn C. Ferguson____ on ____09/19/17____ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
32 Meadow Lark Ln.
Willingboro, NJ
Value: $105,000.00

Liens on property: Midland - $294,519.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 17-24144-KCF
Andrew Lewis Johnson                                          Chapter 7
Marcel Lynette Johnson
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin            Page 1 of 2           Date Rcvd: Aug 17, 2017
                              Form ID: pdf905        Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db/jdb         Andrew Lewis Johnson,    Marcel Lynette Johnson,    32 Meadowlark Ln,
                Willingboro, NJ 08046-2108
516935356      Abilene Regional Medical Cente,    c/o Med. Data,    2120 15th Ave,    Vero Beach, FL 32960-3436
516935357      Amcol Cimbia/Vitrtua Health Mem,    PO Box 21625,    Columbia, SC 29221-1625
516935358      Amcol Clmbia,    111 Lancewood Rd,    Columbia, SC 29210-7523
516935359      Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516935360      Apex Asset Management/Larchmont Imaging,    2501 Oregon Pike Ste 102,
                Lancaster, PA 17601-4890
516935361      Apex Asset/Larchmont Imaging Associates,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
516935362      Ars Account Resolution,    1643 NW 136th Ave Ste 1,    Sunrise, FL 33323-2857
516935363      Ashro,    1112 7th Ave,    Monroe, WI 53566-1364
516935364     +Budd Larner P.C.,    150 John F Kennedy Pkwy,    Short Hills, NJ 07078-2701
516964458      Burlington Chiropratic,    321 W Broad St,    Burlington, NJ 08016-1343
516935365      Burlington County Board of Social Servic,    795 Woodlane Rd,    Westampton, NJ 08060-3832
516935366     +Camden County Board of Social Services,    600 Market St,    Camden, NJ 08102-1255
516935367      Central Finacial Ctrl/Hahnemann hosp,    PO Box 66044,    Anaheim, CA 92816-6044
516935368      Central Financial Ctrl/Hahnemann Hosp,    PO Box 66044,    Anaheim, CA 92816-6044
516935369      Central Finl Control,    PO Box 66044,    Anaheim, CA 92816-6044
516935370      Central Finl Control/Hahnemann Hosp,    PO Box 66044,    Anaheim, CA 92816-6044
516935371      Central Fnl ControlHahnemann U Hospital,    PO Box 66044,    Anaheim, CA 92816-6044
516935372      County Of Camden,    520 Market St,    Camden, NJ 08102-1300
516935373      County of Middlesex,    County Admin Building,    75 Bayard St,    New Brunswick, NJ 08901-2112
516964459      Diagnositcs Pathology Consultants,    520 E 22nd St,    Lombard, IL 60148-6110
516964460      Drexel Medicine,    PO Box 95000-1030,    Phila, PA 19195
516935376      ECMC/Capital ON Retail Srvs,    PO Box 30258,    Salt Lake City, UT 84130-0258
516935375     +Ecmc,    111 Washington Ave S Ste,    Minneapolis, MN 55401-6800
516935377      Emerg Phys Svcs of Nj P.A.,    c/o ARs Account Resolution,    PO Box 459079,
                Sunrise, FL 33345-9079
516964462      Emergency Phys Svcs of NJ Pa,    3585 Ridge Park Dr,    Akron, OH 44333-8203
516964461      Emergency Phys Svcs of NJ Pa,    PO Box 740021,    Cincinnati, OH 45274-0021
516935378      Essex County Board of Social Services,    18 Rector St Fl 9,    Newark, NJ 07102-4512
516935379      Ford Motor Credit,    PO Box 6248,    Dearborn, MI 48121-6248
516935380      Hahnemann Hospital,    c/o Central Fincial Control,    PO Box 66044,    Anaheim, CA 92816-6044
516935381      Hahnemann Hospital,    c/o Central Financial Control,    PO Box 66044,    Anaheim, CA 92816-6044
516935382      Hahnemann University Hospital,    c/o Central Finl Control,    PO Box 66044,
                Anaheim, CA 92816-6044
516964463      Healthcare Recovery Group,    PO Box 5406,    Cincinnati, OH 45273-7942
516935384      KML Law Grop,    701 Market St,    Philadelphia, PA 19106-1538
516935385      Larchmont Imaging Associates,    c/o Apex Assets,    2501 Oregon Pike,
                Lancaster, PA 17601-4890
516964464      Larchmont Imaging Associates LLC,    PO Box 448,    Hainesport, NJ 08036-0448
516935386      Medical Data Systems I,    2120 15th Ave,    Vero Beach, FL 32960-3436
516935387      Midand Mortgage Co.,    PO Box 26648,    Oklahoma City, OK 73126-0648
516964465      Midland Mortgage,    PO Box 790067,    Saint Louis, MO 63179-0067
516935388      Midland Mtg/Midfirst,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
516935389      Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
516935391     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                Trenton, NJ 08695-0245)
516935390      Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
516935392      Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
516935394      Transworld System/Che of Nj,    PO Box 15630,    Wilmington, DE 19850-5630
516935395      USCB Corp,    PO Box 75,    Archbald, PA 18403-0075
516935396      Uscb Corporation,    101 Harrison St,    Archbald, PA 18403-1961
516935397      Zurbrugg Hospital,    Riverside, NJ 08075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2017 23:08:41     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2017 23:08:38     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516935374      E-mail/Text: bankruptcy@cunj.org Aug 17 2017 23:08:26     Credit union of New Jersey,
                1301 Parkway Ave,    Ewing, NJ 08628-3010
516935383      E-mail/Text: cio.bncmail@irs.gov Aug 17 2017 23:08:09     IRS,   955 S Springfield Ave Bldg A,
                Springfield, NJ 07081-3570
516935393      E-mail/Text: bankruptcydepartment@tsico.com Aug 17 2017 23:09:21     Transworld Sys Inc/51,
                PO Box 15273,    Wilmington, DE 19850-5273
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Aug 17, 2017
                              Form ID: pdf905          Total Noticed: 53
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:

```
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          J. Todd Murphy    on behalf of Debtor Andrew Lewis Johnson tmurphy@toddmurphylaw.com,
           tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
          J. Todd Murphy    on behalf of Joint Debtor Marcel Lynette Johnson tmurphy@toddmurphylaw.com,
           tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```