Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 17−24144−KCF
                    Chapter: 7
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Andrew Lewis Johnson | Marcel Lynette Johnson |
| aka Andrew Johnson | aka Marcel Johnson |
| 32 Meadowlark Ln | 32 Meadowlark Ln |
| Willingboro, NJ 08046−2108 | Willingboro, NJ 08046−2108 |

Social Security No.:
  xxx−xx−6224                                     xxx−xx−7891

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑ An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on October 12, 2017 in the amount of $ 83.00 has not been received by the Clerk,

☐ The debtor filed a on on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 10/27/17 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 10/27/17.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Kathryn C. Ferguson on

Date: November 7, 2017
Time: 2:00
Location: Courtroom 2
  Address:   Clarkson S. Fisher Courthouse
              402 East State Street
              Trenton, NJ 08608−1507

Dated: October 13, 2017
JAN: ghm

<u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge