Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−24144−KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Andrew Lewis Johnson | Marcel Lynette Johnson |
| aka Andrew Johnson | aka Marcel Johnson |
| 32 Meadowlark Ln | 32 Meadowlark Ln |
| Willingboro, NJ 08046−2108 | Willingboro, NJ 08046−2108 |

Social Security No.:
  xxx−xx−6224                                     xxx−xx−7891

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

    The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on October 12, 2017 in the amount of $ 83.00 has not been received by the Clerk,

☐    The debtor filed a on on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

    It is hereby

    ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 10/27/17 or the case will be dismissed.

    If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 10/27/17.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Kathryn C. Ferguson on

Date: November 7, 2017
Time: 2:00
Location: Courtroom 2
  Address:    Clarkson S. Fisher Courthouse
              402 East State Street
              Trenton, NJ 08608−1507

Dated: October 13, 2017
JAN: ghm

<u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 17-24144-KCF
Andrew Lewis Johnson                                           Chapter 7
Marcel Lynette Johnson
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 13, 2017
                              Form ID: oscmlfee        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
db/jdb        Andrew Lewis Johnson,    Marcel Lynette Johnson,    32 Meadowlark Ln,
               Willingboro, NJ 08046-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2017 22:11:02      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              J. Todd Murphy    on behalf of Debtor Andrew Lewis Johnson tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
              J. Todd Murphy    on behalf of Joint Debtor Marcel Lynette Johnson tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```