**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Andrew Lewis Johnson | Social Security number or ITIN   xxx–xx–6224 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marcel Lynette Johnson | Social Security number or ITIN   xxx–xx–7891 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–24144–KCF

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew Lewis Johnson
aka Andrew Johnson

Marcel Lynette Johnson
aka Marcel Johnson

11/27/17

**By the court:**   Kathryn C. Ferguson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-24144-KCF
Andrew Lewis Johnson                                                      Chapter 7
Marcel Lynette Johnson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2            Date Rcvd: Nov 27, 2017
                              Form ID: 318           Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db/jdb          Andrew Lewis Johnson,    Marcel Lynette Johnson,    32 Meadowlark Ln,
                 Willingboro, NJ 08046-2108
516935356       Abilene Regional Medical Cente,    c/o Med. Data,    2120 15th Ave,    Vero Beach, FL  32960-3436
516935357       Amcol Cimbia/Vitrtua Health Mem,    PO Box 21625,    Columbia, SC  29221-1625
516935358       Amcol Clmbia,    111 Lancewood Rd,    Columbia, SC  29210-7523
516935359       Apex Asset,    2501 Oregon Pike,    Lancaster, PA  17601-4890
516935360       Apex Asset Management/Larchmont Imaging,    2501 Oregon Pike Ste 102,
                 Lancaster, PA  17601-4890
516935361       Apex Asset/Larchmont Imaging Associates,    2501 Oregon Pike Ste,    Lancaster, PA  17601-4890
516935362       Ars Account Resolution,    1643 NW 136th Ave Ste 1,    Sunrise, FL  33323-2857
516935363       Ashro,    1112 7th Ave,    Monroe, WI  53566-1364
516935364       Budd Larner P.C.,    150 John F Kennedy Pkwy,    Short Hills, NJ  07078-2703
516964458       Burlington Chiropratic,    321 W Broad St,    Burlington, NJ  08016-1343
516935365       Burlington County Board of Social Servic,    795 Woodlane Rd,    Westampton, NJ  08060-3832
516935366      +Camden County Board of Social Services,    600 Market St,    Camden, NJ 08102-1255
516935367       Central Finacial Ctrl/Hahnemann hosp,    PO Box 66044,    Anaheim, CA  92816-6044
516935368       Central Financial Ctrl/Hahnemann Hosp,    PO Box 66044,    Anaheim, CA  92816-6044
516935369       Central Finl Control,    PO Box 66044,    Anaheim, CA  92816-6044
516935370       Central Finl Control/Hahnemann Hosp,    PO Box 66044,    Anaheim, CA  92816-6044
516935371       Central Fnl ControlHahnemann U Hospital,    PO Box 66044,    Anaheim, CA  92816-6044
516935372       County Of Camden,    520 Market St,    Camden, NJ  08102-1300
516935373       County of Middlesex,    County Admin Building,    75 Bayard St,    New Brunswick, NJ  08901-2112
516964459       Diagnositcs Pathology Consultants,    520 E 22nd St,    Lombard, IL 60148-6110
516964460       Drexel Medicine,    PO Box 95000-1030,    Phila, PA 19195
516935376       ECMC/Capital ON Retail Srvs,    PO Box 30258,    Salt Lake City, UT  84130-0258
516935377       Emerg Phys Svcs of Nj P.A.,    c/o ARs Account Resolution,    PO Box 459079,
                 Sunrise, FL  33345-9079
516964461       Emergency Phys Svcs of NJ Pa,    PO Box 740021,    Cincinnati, OH 45274-0021
516964462       Emergency Phys Svcs of NJ Pa,    3585 Ridge Park Dr,    Akron, OH 44333-8203
516935378       Essex County Board of Social Services,    18 Rector St Fl 9,    Newark, NJ  07102-4512
516935380       Hahnemann Hospital,    c/o Central Fincial Control,    PO Box 66044,    Anaheim, CA  92816-6044
516935381       Hahnemann Hospital,    c/o Central Financial Control,    PO Box 66044,    Anaheim, CA  92816-6044
516935382       Hahnemann University Hospital,    c/o Central Finl Control,    PO Box 66044,
                 Anaheim, CA  92816-6044
516964463       Healthcare Recovery Group,    PO Box 5406,    Cincinnati, OH 45273-7942
516935384       KML Law Grop,    701 Market St,    Philadelphia, PA  19106-1538
516935385       Larchmont Imaging Associates,    c/o Apex Assets,    2501 Oregon Pike,
                 Lancaster, PA  17601-4890
516964464       Larchmont Imaging Associates LLC,    PO Box 448,    Hainesport, NJ 08036-0448
516935386       Medical Data Systems I,    2120 15th Ave,    Vero Beach, FL  32960-3436
516935387       Midand Mortgage Co.,    PO Box 26648,    Oklahoma City, OK  73126-0648
516964465       Midland Mortgage,    PO Box 790067,    Saint Louis, MO 63179-0067
516935388       Midland Mtg/Midfirst,    999 NW Grand Blvd,    Oklahoma City, OK  73118-6051
516935389       Midnight Velvet,    1112 7th Ave,    Monroe, WI  53566-1364
516935391      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ  08695-0245)
516935390       Seventh Avenue,    1112 7th Ave,    Monroe, WI  53566-1364
516935392       Swiss Colony,    1112 7th Ave,    Monroe, WI  53566-1364
516935394       Transworld System/Che of Nj,    PO Box 15630,    Wilmington, DE  19850-5630
516935395       USCB Corp,    PO Box 75,    Archbald, PA  18403-0075
516935396       Uscb Corporation,    101 Harrison St,    Archbald, PA  18403-1961
516935397       Zurbrugg Hospital,    Riverside, NJ  08075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 27 2017 22:40:44     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 27 2017 22:40:39     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516935363       EDI: CBS7AVE Nov 27 2017 22:23:00      Ashro,   1112 7th Ave,   Monroe, WI  53566-1364
516935374       E-mail/Text: bankruptcy@cunj.org Nov 27 2017 22:40:31     Credit union of New Jersey,
                 1301 Parkway Ave,    Ewing, NJ  08628-3010
516935375      +EDI: ECMC.COM Nov 27 2017 22:23:00      Ecmc,   111 Washington Ave S Ste,
                 Minneapolis, MN 55401-6800
516935379       EDI: FORD.COM Nov 27 2017 22:23:00      Ford Motor Credit,   PO Box 6248,
                 Dearborn, MI  48121-6248
516935383       EDI: IRS.COM Nov 27 2017 22:23:00      IRS,   955 S Springfield Ave Bldg A,
                 Springfield, NJ  07081-3570
516935389       EDI: CBS7AVE Nov 27 2017 22:23:00      Midnight Velvet,   1112 7th Ave,   Monroe, WI  53566-1364
516935390       EDI: CBS7AVE Nov 27 2017 22:23:00      Seventh Avenue,   1112 7th Ave,   Monroe, WI  53566-1364
516935392       EDI: CBS7AVE Nov 27 2017 22:23:00      Swiss Colony,   1112 7th Ave,   Monroe, WI  53566-1364

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 27, 2017
                              Form ID: 318             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516935393         E-mail/Text: bankruptcydepartment@tsico.com Nov 27 2017 22:41:16      Transworld Sys Inc/51,
                  PO Box 15273,    Wilmington, DE  19850-5273
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
```
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              J. Todd Murphy    on behalf of Debtor Andrew Lewis Johnson tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
              J. Todd Murphy    on behalf of Joint Debtor Marcel Lynette Johnson tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```